# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOSHA A. BYARS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PETROL III, LLC, a Nebraska limited liability company;<br><br>        Defendant. | 8:17CV91 |
| LEKENVISH S. ALFORD, an individual;<br><br>        Plaintiff,<br><br>  vs.<br><br>PETROL III, LLC, a Nebraska Limited Liability Company;<br><br>        Defendant. | 8:17CV92<br><br>REASSIGNMENT ORDER |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:17CV92 is reassigned to Senior District Joseph F. Bataillon and remains assigned to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters.

Dated this 24th day of March, 2017.

                                      BY THE COURT:

                                      s/Laurie Smith Camp<br>
                                      Chief United States District Judge