IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOSHA A. BYARS,<br><br>    Plaintiff,<br><br> vs.<br><br>PETROL III, LLC, a Nebraska limited liability company;<br><br>    Defendant. | **8:17CV91**<br><br>**ORDER** |

This matter comes before the Court on the Joint Stipulation to Dismiss with Prejudice (Filing No. 62). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 25th day of November, 2019.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge